Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAROLINA M. BINGLEY,<br><br>Defendant. | No. 6:19-po-00107-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Government Representative Susan St. Vincent, the legal officer for the National Park Service, and Defendant Karolina Bingley, that the status conference in the above-captioned matter set for August 20, 2019 be continued to October 8, 2019, at 10:00 a.m. The Defendant has a family emergency requiring travel outside the country.

Dated: August 14, 2019  /S/ Susan St. Vincent
Susan St. Vincent, Legal Officer
Yosemite National Park

Dated: August 14, 2019  /S/ Karolina M. Bingley
Karolina M. Bingley
Defendant

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 13, 2019, status conference for Karolina Bingley, Case *6:19-po-00107-JDP*, is continued to October 8, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __August 19, 2019__                  _____
                                            UNITED STATES MAGISTRATE JUDGE