Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAROLINA M. BINGLEY,<br><br>Defendant. | No. 6:19-po-00107-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Government Representative Susan St. Vincent, the legal officer for the National Park Service, and Defendant Karolina Bingley, that the status conference in the above-captioned matter set for October 8, 2019 be continued to November 19, 2019 at 10:00 a.m. The Defendant has requested the continuance, and as the main highway into Yosemite National Park is currently closed due to a fire and it is uncertain if the highway will be open before October 8, 2019, the Government is in agreement with the request.

Dated: October 7, 2019     /S/ Susan St. Vincent
                           Susan St. Vincent, Legal Officer
                           Yosemite National Park

Dated: October 7, 2019     /S/ Karolina M. Bingley
                           Karolina M. Bingley
                           Defendant

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the October 8, 2019, status conference for Karolina Bingley, Case *6:19-po-00107-JDP*, is continued to November 19, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 7, 2019                                    _____
                                                            UNITED STATES MAGISTRATE JUDGE