Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAROLINA M. BINGLEY,<br><br>Defendant. | No. 6:19-po-00107-JDP<br><br>STIPULATION TO STATUS CONFERENCE AND SET FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Karolina M. Bingley, that the status conference set for February 11, 2020 be vacated. The parties have reached a proposed resolution in this matter, and they request the Court set the collateral amount for citation number 7575652 at $200 plus a $30 processing fee. Ms. Bingley will pay $230 to the Central Violations Bureau within 30 days and the case will be closed.

Dated: February 10, 2020         /S/ Susan St. Vincent
                                 Susan St. Vincent
                                 Legal Officer
                                 Yosemite National Park

Dated: February 10, 2020         /S/ Karolina M. Bingley
                                 Karolina M. Bingley
                                 Defendant
                                 Pro Se

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 11, 2020, status conference in *United States v. Bingley*, Case 6:19-po-00107-JDP, is vacated. Collateral for citation number 7575652 is set at $200 plus $30 processing fee for a total of $230. Ms. Bingley will pay the collateral within 30 days of the date of this order. Upon payment of the collateral, this case will be closed.

IT IS SO ORDERED.

Dated: <u>February 10, 2020</u>         _____
                                                   UNITED STATES MAGISTRATE JUDGE